IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:25-mj-50 (CHW) |
| LUKE SHIBLEY, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Defendant's Motion to Continue Trial (Doc. 13), in which Defendant requests a continuance of the pretrial hearing previously scheduled for September 15, 2025. Defendant's motion indicates that the Government opposes a continuance. Defendant is charged in an information with unlawfully transporting a firearm onto a military installation without authorization and was arraigned on August 18, 2025.

In the Motion, Defendant's counsel represents that Defendant requires additional time to complete and review discovery and to investigate the evidence presented in discovery. The Court finds that it is in the interests of justice to continue the pretrial conference to allow Defendant's counsel adequate time to prepare this case and to have access to all necessary evidence. Failure to grant a continuance would

1

deny the Defendant reasonable time for effective preparation and could result in a miscarriage of justice.

Accordingly, Defendant's Motion to Continue Trial (Doc. 13) is **GRANTED**, and it is hereby ordered that the pretrial hearing in this case be continued to October 20, 2025, at 9:30 a.m., with trial to be scheduled as necessary thereafter. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 11th day of September, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge